LORING J. WHITESIDE *v.* WILLIAM T. BURLANT,
SHERIFF

*Loring J. Whiteside,* pro se, the appellant (plaintiff).

*George R. Tiernan,* assistant state's attorney, for the appellee (defendant).

Argued October 4—decided October 4, 1963

*Loring J. Whiteside,* pro se, the appellant (plaintiff).

*George R. Tiernan,* assistant state's attorney, for the appellee (defendant).

Argued October 4—decided October 4, 1963

LORING J. WHITESIDE *v.* WILLIAM T. BURLANT,
SHERIFF

The motion by the plaintiff for postponement of the hearings on the motion to dismiss, and other motions, is denied.

*Loring J. Whiteside,* pro se, the appellant (plaintiff).

*George R. Tiernan,* assistant state's attorney, for the appellee (defendant).

Argued October 4—decided October 4, 1963